**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1609

PEARL B. MATTHEWS,

Plaintiff - Appellant,

versus

CLYDE L. PATTERSON; GLADYS J. WOODALL; E.
MARSHALL WOODALL; G. NORMAN ACKER, III; UNITED
STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:05-cv-00842-BO)

Submitted:  November 15, 2007        Decided:  November 20, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pearl B. Matthews, Appellant Pro Se.  Walter E. Brock, Jr., YOUNG,
MOORE & HENDERSON, PA, Raleigh, North Carolina; Rudolf A. Renfer,
Jr., Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pearl B. Matthews appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Matthews v. Patterson</u>, No. 5:05-cv-00842-BO (E.D.N.C. June 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>